

**SEALED**

U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2022 NOV 15  PM 5:06

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL TYNDALL, JR.,<br><br>　　　　Defendant. | 8:22CR257<br><br>INDICTMENT<br>18 U.S.C. § 1470 |

The Grand Jury charges that

## COUNT I

On or about October 11, 2022, in the District of Nebraska, the defendant, MICHAEL TYNDALL, JR., did, by means of interstate commerce, knowingly transfer obscene matter to another individual who had not attained the age of 16 years, knowing that the other individual had not attained the age of 16 years, to wit: an obscene image of a penis transferred to a 13-year-old female through Snapchat.

In violation of Title 18, United States Code, Section 1470.

　　　　　　　　　　　　　　　　　　A TRUE BILL

　　　　　　　　　　　　　　　　　　FOREPERSON

　　The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　KATHRYN A. PFLUG
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney