FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2023 MAY 15 PM 4:37

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MICHAEL TYNDALL JR.,

        Defendant.

Case No. 8:22CR257

RECEIPT FOR RETURNED EXHIBITS

Pursuant to NECivR 79.1(f)(1) or NECrimR 55.1(g), I acknowledge receipt of the following exhibits offered into evidence in this case.

Government Exhibit 1        Sentencing        May 15, 2023

I further acknowledge that I am responsible for maintaining these exhibits in their present condition or state until this case is no longer subject to appellate review. Until that time, I understand that I must produce these exhibits if opposing counsel, the court, or the clerk so requests. Finally, I acknowledge that I may be subject to sanctions for failure to abide by the provisions of Rule 79.1(f)(1) or Rule 55.1(g).

Once the case is no longer subject to appellate review, I understand that I may destroy these exhibits without further authorization.

Counsel of Record for (Plaintiff) or Defendant
(circle one)

DATED: 5/15/23

BY: *[signature]*

Exhibits-Form Receipt for Returned Exhibits, appeal time pending.wpd
Approved: September 6, 2007