IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MICHAEL TYNDALLJR.,

Defendant.

**EXHIBIT LIST**

Case No.    8:22CR257
Deputy:     Marian Lea Frahm
Reporter:   Sue DeVetter
Date:       May 15, 2023

| PLF | DFT | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|-----|-----|-------|-------------|-----|-----|------|----------|------|
| 1 | | | Screen shot of Facebook messages | X | | X | | 5/15/2023 |
| | | | | | | | | |
| | | | | | | | | |

**OBJECTIONS**
   R: Relevancy
   H: Hearsay
   A: Authenticity
   O: Other (specify)

1